UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAVID A. ETTEDGUI,<br><br>    Plaintiff,<br><br>v.<br><br>HIRERIGHT, INC.; CREATIVE ARTS AGENCY, LLC; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. 8:19-cv-01071-JLS-DFM<br><br>**HONORABLE JOSEPHINE STATON, COURTROOM 10A**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Complaint Filed: May 31, 2019 |

1.

## ORDER

IT IS HEREBY ORDERED that case 8:19-cv-01071-JLS-DFM, and all causes of action and all parties in the Action set forth in the Complaint and Plaintiff's Fair Credit Reporting Act, California Investigative Consumer Reporting Agencies Act, defamation claims are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 15, 2020

JOSEPHINE L. STATON
HON. JOSEPHINE STATON